THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMIER MORTGAGE RESOURCES, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CANOPY MORTGAGE, LLC, a Utah limited liability company; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:25-cv-00908-BJR<br><br>**VERIFICIATION OF STATE COURT RECORDS** |

I, Devon McCurdy, state:

1. I am one of the attorneys in this matter for defendant Canopy Mortgage, LLC.

2. Attached hereto as **Exhibit A** is a copy of the Snohomish County Superior Court docket for Case No.25-2-03439-31, *Premier Mortgage Services, LLC v. Canopy Mortgage, LLC*.

Attached as **Exhibit B** to **Exhibit I** are true and complete copies of the documents reflected on the docket for the Snohomish County action. Certain of the docket entries are noted on the docket only and are not available as separate documents.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 27, 2025

*s/ Devon J. McCurdy*

VERIFICATION OF STATE COURT RECORDS - 1
Case No. 2:25-cv-00908-BJR

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107