THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PREMIER MORTGAGE RESOURCES, LLC, an Oregon limited liability company,

Plaintiff,

v.

CANOPY MORTGAGE, LLC, a Utah limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:25-cv-00908-BJR

**JOINT NOTICE OF SETTLEMENT**

Defendant Canopy Mortgage, LLC ("Canopy") and Plaintiff Premier Mortgage Resources, LLC ("Premier") (collectively, the "Parties"), by and through their respective attorneys, submit the following joint notice of settlement.

The Parties have reached a settlement in principle in this matter. The Parties anticipate that they will be able to file a joint stipulation of dismissal with prejudice within forty-five (45) days of the filing of this notice.

/ / /

/ / /

/ / /

JOINT NOTICE OF SETTLEMENT - 1

DATED: March 27, 2026


AHLERS CRESSMAN & SLEIGHT, PLLC

By:    /s/ Ryanne Devon
Scott R. Sleight
Ryanne Mathisen
1325 Fourth Avenue, Suite 1850
Seattle, WA 98101
Phone: 206.287.9900
Fax: 206.934.1139
scott.sleight@acslawyers.com
ryanne.mathisen@acslawyers.com

ALSTON & BIRD LLP

By:    /s/ Ian Wright
Ian Wright, admitted *Pro Hac Vice*
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Phone: 213.576.1000
Fax: 213.576.1100
ian.wright@alston.com

*Attorneys for Plaintiff*
*PREMIER MORTGAGE RESOURCES, LLC*

BALLARD SPAHR LLP

By:    /s/ Devon McCurdy
Jeffrey M. Odom, WSBA No. 36168
Devon McCurdy, WSBA No. 52663
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000
Facsimile: 206.223.7107
odomj@ballardspahr.com
mccurdyd@ballardspahr.com

*Attorneys for Defendant*
*CANOPY MORTGAGE, LLC*

JOINT NOTICE OF SETTLEMENT - 2