THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREMIER MORTGAGE RESOURCES, LLC, an Oregon limited liability company,

Plaintiff,

v.

CANOPY MORTGAGE, LLC, a Utah limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:25-cv-00908-BJR

**STIPULATED MOTION TO DISMISS**

Under Federal Rule of Civil Procedure 41(a)(1)(ii), the parties respectfully request that the Court enter the accompanying order dismissing this lawsuit in its entirety, with prejudice, and without an award of fees or costs to any party.

//

//

//

//

//

//

//

//

//

STIPULATED MOTION TO DISMISS - 1
Case No. 2:25-cv-00908-BJR

DATED: April 23, 2026


AHLERS CRESSMAN & SLEIGHT, PLLC   BALLARD SPAHR LLP


By: *s/Ryanne Mathisen (approval via email)*
Scott R. Sleight, WSBA No. 27106
Ryanne Mathisen, WSBA No. 56000
1325 Fourth Avenue, Suite 1850
Seattle, WA 98101
Phone: 206.287.9900
Fax: 206.934.1139
scott.sleight@acslawyers.com
ryanne.mathisen@acslawyers.com

ALSTON & BIRD LLP


By: *s/Ian Wright (approval via email)*
Ian Wright, admitted *Pro Hac Vice*
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Phone: 213.576.1000
Fax: 213.576.1100
ian.wright@alston.com
*Attorneys for Plaintiff Premier Mortgage Resources, LLC*

By: *Devon J. McCurdy*
Jeffrey M. Odom, WSBA No. 36168
Devon J. McCurdy, WSBA No. 52663
Andrew Gust, WSBA No. 64095
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000
Facsimile: 206.223.7107
odomj@ballardspahr.com
mccurdyd@ballardspahr.com
gusta@ballardspahr.com
*Attorneys for Defendant Canopy Mortgage, LLC*

STIPULATED MOTION TO DISMISS - 2
Case No. 2:25-cv-00908-BJR