THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREMIER MORTGAGE RESOURCES, LLC, an Oregon limited liability company,

Plaintiff,

v.

CANOPY MORTGAGE, LLC, a Utah limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:25-cv-00908-BJR

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

THIS MATTER comes before the Court on Plaintiff Premier Mortgage Resources, LLC and Defendant Canopy Mortgage, LLC's Stipulated Motion to Dismiss.

The Court, having reviewed the Stipulated Motion and considering itself fully advised hereby GRANTS the parties' Stipulated Motion to Dismiss. This case is DISMISSED with prejudice, and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this 24th day of April 2026.

_____
The Honorable Barabara J. Rothstein

ORDER GRANTING STIPULATED
MOTION TO DISMISS – 1
Case No. 2:25-cv-00908-BJR

Presented by:

AHLERS CRESSMAN & SLEIGHT, PLLC    BALLARD SPAHR LLP

By: *s/Ryanne Mathisen (approval via email)*
Scott R. Sleight, WSBA No. 27106
Ryanne Mathisen, WSBA No. 56000
1325 Fourth Avenue, Suite 1850
Seattle, WA 98101
Phone: 206.287.9900
Fax: 206.934.1139
scott.sleight@acslawyers.com
ryanne.mathisen@acslawyers.com

ALSTON & BIRD LLP

By: *s/Ian Wright (approval via email)*
Ian Wright, admitted *Pro Hac Vice*
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Phone: 213.576.1000
Fax: 213.576.1100
ian.wright@alston.com
*Attorneys for Plaintiff Premier Mortgage Resources, LLC*

By: *s/Devon J. McCurdy*
Jeffrey M. Odom, WSBA No. 36168
Devon J. McCurdy, WSBA No. 52663
Andrew Gust, WSBA No. 64095
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000
Facsimile: 206.223.7107
odomj@ballardspahr.com
mccurdyd@ballardspahr.com
gusta@ballardspahr.com
*Attorneys for Defendant Canopy Mortgage, LLC*

ORDER GRANTING STIPULATED
MOTION TO DISMISS – 2
Case No. 2:25-cv-00908-BJR